UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW UD STRAW,<br><br>             Plaintiff,<br><br>   v.<br><br>SCOTT S HARRIS,<br><br>            Defendant. | Case No. C20-410-RSL<br><br>ORDER |

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is GRANTED. The undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B).

The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 16th day of March, 2020.

*/s/ MJ Peterson*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1